JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANISE JOHNSON,<br><br>        Plaintiff,<br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>        Defendant. | No. 2:23-cv-02664-AJR<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.

DATED: January 3, 2024

                                                      HON. A. JOEL RICHLIN
                                         UNITED STATES MAGISTRATE JUDGE